FILED
 2012 May-04 PM 03:12
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND L. SHAW, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No.:** |
| **LVNV FUNDING, LLC; EQUIFAX** ) | **2:12-cv-00516-RRA** |
| **INFORMATION SERVICES, LLC;** ) | |
| **TRANS UNION, LLC; EXPERIAN** ) | |
| **INFORMATION SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## FINAL JUDGMENT AGAINST LVNV FUNDING, LLC ONLY

This action is before the Court on Plaintiff's Notice, filed pursuant to Federal Rule of Civil Procedure 68(a), of his Acceptance of the Offer of Judgment tendered by Defendant LVNV Funding, LLC only and his request of entry of judgment in the amount $10,000.00 against LVNV Funding, LLC only.

Pursuant to Rule 54(b), this judgment is final as to Defendant LVNV Funding, LLC, as there is no just reason for delay and Plaintiff's claims against the remaining Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union, LLC are unaffected by this Order and the case will proceed against the remaining Defendants.

Accordingly, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff have and recover against Defendant LVNV Funding, LLC the amount of $10,000.00, which includes attorneys' fees and costs.

Done this 4th day of May 2012.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

167458