FILED
2012 Jul-16  PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND L. SHAW,<br>  Plaintiff<br><br> vs.<br><br>LVNV FUNDING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br>  Defendant | Case No.  2:12-cv-0516-RRA |

## DISMISSAL ORDER

Pursuant to the Motion to Voluntarily Dismiss Claims filed by the plaintiff (Doc. 15), it is ORDERED that this action is due to be and hereby is DISMISSED against Equifax Information Services, LLC, WITH PREJUDICE. All other claims remain pending. Costs taxed as paid.

Done this 16th day of July 2012.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458