FILED
2013 Jan-02  AM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND L. SHAW, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: |
| ) | |
| LVNV FUNDING, LLC; EQUIFAX ) | CV-12-RRA-516-S |
| INFORMATION SERVICES, LLC; ) | |
| TRANS UNION, LLC; EXPERIAN ) | |
| INFORMATION SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

ORDER

This case comes before the court on the motion to voluntarily dismiss the plaintiff's claims against Trans Union, LLC (doc. 19), and the motion to voluntarily dismiss the plaintiff's claims against Trans Union, LLC and Experian Information Solutions, Inc. (doc. 20).

It is hereby ORDERED, ADJUDGED, and DECREED that the motions are GRANTED.  As these two defendants were the last remaining defendants, and at the request of the plaintiff, the case is DISMISSED, with prejudice, costs taxed as paid.

DONE and ORDERED this 2nd day of January, 2013.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**